1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GWEN MORSE,

          Plaintiff,

   v.

PHILLIPS & COHEN ASSOCIATES, LTD.,

          Defendant.

NO. C07-5556 KLS

ORDER DIRECTING COMPLIANCE
WITH FED. R. CIV. P. 7.1

    This matter is before the undersigned based on consent of the parties. Upon review of the file, the Court became aware of the fact that the Defendant has failed to comply with Fed. R. Civ. P. 7.1 which requires filing of a Disclosure Statement. The Defendant is directed to comply with Fed. R. Civ. P. 7.1 by filing its Disclosure Statement no later than April 10, 2008.

    DATED this 26th day of March, 2008.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Order Directing Compliance
Page - 1